PIO POVOA, PROSECUTOR, v. MANUEL VIERA CONSTRUCTION CO. AND AMERICAN CASUALTY COMPANY, RESPONDENTS.

Submitted January 20, 1948—Decided February 25, 1948.

Before Justices DONGES, COLIE and EASTWOOD.

For the prosecutor, *Harry E. Young* (*William H. Campbell, Jr.,* of counsel).

For the respondents, *David Roskein* (*John A. Laird,* of counsel).

The opinion of the court was delivered by

COLIE, J.   This is a workmen's compensation case in which the deputy commissioner dismissed the petition for failure to establish the relationship of master and servant.   On appeal the Essex County Court of Common Pleas found that there had been an accident arising out of and in the course of the employment and "ordered, that this cause be remanded to the New Jersey Department of Labor, Workmen's Compensation Bureau, for the purpose of having fixed, the temporary and permanent disability to which the petitioner may be found entitled.

"The Workmen's Compensation Bureau will accordingly fix and determine a proper period of temporary and permanent disability in accordance with the testimony to be taken and return its findings to this court for the entry here of final judgment which shall include petitioner's costs and counsel fees."

Patently there is no final judgment but a mere remand. Following the case of *Paluk* v. *United Color and Pigment Co.,* 134 *N. J. L.* 601, the writ is dismissed.